JOHN R. CLAUSEN

*v.*

THE STATE OF ILLINOIS.

*Opinion filed April 1, 1905.*

*Krueger v. State, ante p. 336, followed:*

This claim being founded upon the same facts and circumstances as the claim of Louis H. Krueger v. The State of Illinois wherein an opinion was filed at this term of this Court. The finding in said case being the same as in this.

We accordingly award the claimant John R. Clausen the sum of thirty-seven ($37.00) dollars the amount of his claim in this proceeding.

---

BERNHARDT ETTNER

*v.*

STATE OF ILLINOIS.

*Opinion filed April 10, 1905.*

*Crissey v. State, p. 365 follows:*

This claim is founded upon the same state of facts as the claim of J. N. Crissey v. State of Illinois. Which claim was decided by this court at this term. The reasons for rejecting the same apply in all particulars to this case. This claim is therefore rejected.